UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GREGORY DOUGLAS,

                               Plaintiff,

        -against-

The CITY OF NEW YORK and CO CAROL GARCIA,

                             Defendants.

------------------------------------------------------------------X

**ORDER**

18 Civ. 9327 (KPF)

**Honorable Katherine Polk Failla, United States District Judge**

       Upon the application of the Defendants for leave to take the deposition of plaintiff Gregory Douglas, an inmate, and the Court having granted leave for the taking of plaintiff Gregory Douglas' deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

       **IT IS HEREBY ORDERED** that the Warden or other official in charge of the Cayuga Correctional Facility, located in Moravia, New York, produce inmate Gregory Douglas, DIN 18-R-2264, within the facility for the taking of his deposition by video conference on **December 16, 2020, commencing at 10:00 a.m.**, and for so long thereafter as the deposition continues;

       **IT IS FURTHER ORDERED** that plaintiff Gregory Douglas appear in such place as designated by the Warden or other official in charge of the Cayuga Correctional Facility so that his deposition may be taken; and

**IT IS FURTHER ORDERED** that also present at the deposition, via video conference, will be a court reporter to be designated by Defendants as well as the attorney for Defendants.

Dated: December 2, 2020
      New York, New York

SO ORDERED.

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE