UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY C. DOUGLAS,<br><br>                              Plaintiff,<br><br>              -v.-<br><br>CITY OF NEW YORK, and C.O.<br>CAROL GARCIA,<br><br>                              Defendants. | 18 Civ. 9327 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

There was a pre-motion conference scheduled in this matter on February 26, 2021. However, due to a scheduling conflict with the facility at which Plaintiff is currently incarcerated, the conference is hereby ADJOURNED to March 18, 2021, at 9:30 a.m. The parties, as well as the Warden or other official in charge of the Cayuga Correctional Facility, are directed to adhere to the instructions for arranging and accessing the conference provided in the Court's February 5, 2021 Order. (*See* Dkt. #66).

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:   February 26, 2021
        New York, New York

                                               *Katherine Polk Failla*
                                            _____
                                               KATHERINE POLK FAILLA
                                               United States District Judge