UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY C. DOUGLAS,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>CITY OF NEW YORK, and C.O. CAROL GARCIA,<br><br>                              Defendants. | 18 Civ. 9327 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Earlier today, the Court held a conference in this matter to discuss Defendants' anticipated motion for summary judgment as well as the status of fact discovery. As agreed upon at the conference, the parties are to adhere to the following schedule in briefing Defendants' motion for summary judgment: Defendants' opening papers are due on or before April 23, 2021; Plaintiff's opposing papers are due on or before June 4, 2021; and any reply papers from Defendants are due on or before June 25, 2021. In addition, Defendants are to provide Plaintiff with copies of all authorities (reported or unreported) cited in their submissions. Lastly, Defendants are to inform the Court when they resolve the remaining discovery issues discussed at today's conference.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:  March 18, 2021
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge