UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY C. DOUGLAS,

           Plaintiff,

-v.-

CITY OF NEW YORK, and C.O. CAROL GARCIA,

           Defendants.

18 Civ. 9327 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiff's letter dated May 18, 2021, which it understands to have been submitted in opposition to Defendants' motion for summary judgment. (Dkt. #78). Given that Plaintiff's letter references certain discovery issues discussed at the March 18, 2021 conference in this matter, (*see* Dkt. #70 (transcript)), the Court is reminded that Defendants agreed to investigate those issues (*see id.* at 28:6-18). Defendants are directed to include an update on their findings in their reply briefing.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: May 25, 2021
        New York, New York

                                                  KATHERINE POLK FAILLA
                                                United States District Judge