UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY C. DOUGLAS,

                Plaintiff,

-v.-

CITY OF NEW YORK and C.O. TASHA CAPERS, *Shield No. 12801*,

                Defendants.

18 Civ. 9327 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court is preparing its decision regarding the pending motion for summary judgment in this matter. Defendants are hereby ORDERED to file on the docket the following documents: (i) a copy of Plaintiff's deposition transcript; (ii) copies of Plaintiff's medical records from Bellevue Hospital dated July 23, 2018, and July 24, 2018; and (iii) copies of Plaintiff's medical records from Health and Hospitals Corporation dated July 24, 2018, including copies of July 23, 2018 records. The Clerk of Court is directed to file, or to permit the filing of, these documents under seal, visible to the Court and parties only.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record.

    SO ORDERED.

Dated:   January 28, 2022
            New York, New York

*Katherine Polk Failla*

                              KATHERINE POLK FAILLA
                              United States District Judge