UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GREGORY DOUGLAS,

                       Plaintiff,

   -against-                                                 18 **CIVIL** 9327 (KPF)

                                                                    **JUDGMENT**

CITY OF NEW YORK and C.O. CAROL
GARCIA, Shield No. 17515,

                       Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 1, 2022, Defendants' motion for summary judgment is GRANTED in full. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith; therefore, in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

            February 2, 2022

                                                                        **RUBY J. KRAJICK**

                                                                          **Clerk of Court**
                                                  **BY:**

                                                                         **Deputy Clerk**